ORIGINAL

FILED
OCT 26 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **STG, INC.** ) | |
| ) | |
| **Plaintiff,** ) | **Fed. Cl. No.** 07-747 C |
| ) | |
| **v.** ) | **Judge**______________ |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASES

In accordance with Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff, STG, Inc. ("STG"), states as follows:

(1) Serco, Inc., (Civ. 07-619C); Stanley Associates, Inc., (Civ. 07-732C); and CGI Federal, Inc., (Civ. 07-741C) have filed bid protests challenging the contract awards made by the General Services Administration under Solicitation No. TQ2006MCB0001.

(2) These three actions have been assigned to Judger Allegra.

(3) Plaintiff's protest also relates to Solicitation No. TQ2006MCB0001 and the validity of the awards made under that Solicitation.

(4) Plaintiff STG believes that assignment of its case to Judge Allegra and consolidation with the other protests already filed is likely to conserve judicial resources and promote an efficient determination of these related actions.

Respectfully submitted,

Dated: October 26, 2007

Gerald H. Werfel
**Pompan, Murray & Werfel, P.L.C.**
601 King Street, Suite 400
Alexandria, Virginia 22314
(703)739-1340 (telephone)
(703)739-1342 (facsimile)
ghwerfel@pompanmurray.com (e-mail)
*Attorney of Record for STG, Inc.*

Of Counsel:
Adrien C. Pickard
Philip J. Harvey (Application for Admission Pending)
David G. Fiske (Application for Admission Pending)
Fiske & Harvey, PLLC
100 North Pitt Street, Suite 200
Alexandria, Virginia 22314
(703) 518-9910 (telephone)
(703) 448-1767 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served by facsimile this 26th day of October 2007:

Kyle Chadwick, Esquire
John Todor, Esquire
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
950 Pennsylvania Avenue
Washington, D.C. 20530-0001
(202) 616-0476 (telephone)
(202) 305-7644 (facsimile)
Counsel for the Defendant, General Services Administration

Joseph J. Petrillo, Esquire
Petrillo & Powell, PLLC
5335 Wisconsin Avenue, Suite 440
Washington, D.C. 20015
(202) 887-0405 (telephone)
(202) 478-1656 (facsimile)
Counsel for Serco, Inc.

Susan L. Schor
McManus, Schor, Asmar & Darden, LLP
1155 15th Street, N.w. Ninth Floor
Washington, D.C. 20005
(202) 296-9260 (telephone)
202 (659-3732) (facsimile)
Counsel for Stanley Associates, Inc.

Patricia H. Witte
Oladker, Biden & Belair, LLP
818 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20006
(202) 496-3493 (telephone)
(202) 293-6111 (facsimile)
Counsel for CGI Federal, Inc.

Gerald H. Werfel