ORIGINAL

FILED
OCT 2 6 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| **STG, INC.** | ) | |
| **Plaintiff,** | ) | **Fed. Cl. No.** 07-747 C |
| **v.** | ) | |
| **UNITED STATES,** | ) | **Judge**________ |
| **Defendant.** | ) | |

## MOTION FOR PROTECTIVE ORDER

Pursuant to the Rules of the Court of Federal Claims, Plaintiff STG, Inc. ("STG"), by undersigned counsel, respectfully moves this Court to enter a protective order that limits the disclosure of the pleadings, motions, documents, and materials constituting the court file for the above-captioned matter. In support of its motion, STG states as follows:

1. The matter *sub judice* concerns the procurement of a Government-wide Acquisition Contracts ("GWACs") for the Alliant program, a 10-year $50 billion best-value procurement that contemplated the award of multiple indefinite-delivery, indefinite-quantity ("ID/IQ") GWACs for long-term integrated Information Technology ("IT") solutions on a global basis.

2. Certain information that may necessarily be disclosed orally or in writing during this action, is proprietary to STG, is confidential, and is otherwise protectable and which provides STG with a valuable competitive advantage in the market place.

3. Disclosure of such STG proprietary, confidential, and otherwise protectable information, other than for the purposes of this litigation, would cause serious competitive harm to STG and negatively impact the integrity of the procurement process.

4. STG seeks a Protective Order from this Court mandating that access to the pleadings, motions, documents, and materials constituting the court file for the above-captioned matter, as well as all related and/or subsequent proceedings, be subject to, and protected by, the terms and conditions of the Protective Order.

Wherefore, STG respectfully requests that the Court issue a Protective Order and make it applicable to this and all related and/or subsequent proceedings, thereby restricting access to the pleadings, motions, documents, materials constituting the court file for the above-captioned matter, as well as all related and/or subsequent proceedings, to only those persons admitted to the Protective Order and pursuant to the terms thereof.

Respectfully submitted,

Gerald H. Werfel
**POMPAN, MURRAY & WERFEL, P.L.C.**
601 King Street, Suite 400
Alexandria, Virginia 22314
(703)739-1340 (phone)
(703)739-1342 (facsimile)
ghwerfel@pompanmurray.com (e-mail)
*Attorney of Record for STG, Inc.*

Dated: October 26, 2007

Of Counsel:
Philip Harvey
**FISKE & HARVEY, PLLC**
100 North Pitt Street, Suite 200
Alexandria, Virginia 22314
(703) 518-9910 (telephone)
(703) 448-1767 (facsimile)