ORIGINAL

FILED

OCT 2 6 2007

U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| **STG, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | 07-747 C |
| | ) | **Fed. Cl. No.**_______ |
| **v.** | ) | |
| | ) | **Judge**__________ |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to the Rules of the Court of Federal Claims, Appendix C, Plaintiff STG, Inc. ("STG"), respectfully requests leave of the Court to file its Complaint in this action under seal. The Complaint contains confidential and proprietary business information relating to Plaintiff and its proposal in response to the Solicitation at issue in this action. It also includes information regarding the Government source selection process and evaluation of STG's proposal disclosed as part of the post-award debriefing provided by the Government. STG is simultaneously filing a redacted copy of the Complaint. After conferring with Defendants' counsel, Plaintiff will move for the issuance of a Protective Order.

Dated: October 26, 2007

Respectfully submitted,

Gerald H. Werfel
**POMPAN, MURRAY & WERFEL, P.L.C.**
601 King Street, Suite 400
Alexandria, Virginia 22314
(703)739-1340 (phone)
(703)739-1342 (facsimile)
ghwerfel@pompanmurray.com (e-mail)
*Attorney of Record for STG, Inc.*

Of Counsel:
Adrien C. Pickard
Philip J. Harvey (Application for Admission Pending)
David G. Fiske (Application for Admission Pending)
Fiske & Harvey, PLLC
100 North Pitt Street, Suite 200
Alexandria, Virginia 22314
(703) 518-9910 (telephone)
(703) 448-1767 (facsimile)