ORIGINAL

FILED
OCT 26 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **STG, INC.** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** | **Fed. Cl. No.** 07-747 C <br> **Judge**__________ |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff, STG, Inc., hereby states that it has no parent corporation, and its stock is privately held.

Respectfully submitted,

Dated: October 26, 2007

Gerald H. Werfel
POMPAN, MURRAY & WERFEL, P.L.C.
601 King Street, Suite 400
Alexandria, Virginia 22314
(703)739-1340 (telephone)
(703)739-1342 (facsimile)
ghwerfel@pompanmurray.com (e-mail)
*Attorney of Record for STG, Inc.*

Of Counsel:
Adrien C. Pickard
Philip J. Harvey (Application for Admission Pending)
David G. Fiske (Application for Admission Pending)
Fiske & Harvey, PLLC
100 North Pitt Street, Suite 200
Alexandria, Virginia 22314
(703) 518-9910 (telephone)
(703) 448-1767 (facsimile)